ACCEPTED
14-15-00860-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 5:02:14 PM
CHRISTOPHER PRINE
CLERK

## NO. 14-15-00860-CV

In the Court of Appeals for the
Fourteenth District of Texas

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 5:02:14 PM
CHRISTOPHER A. PRINE
Clerk

**W.A. "ANDY" MEYERS, INDIVIDUALLY AND IN HIS CAPACITY AS FORT BEND COUNTY COMMISSIONER,**

Appellant,

vs.

**JDC/FIRETHORNE, LTD., A TEXAS LIMITED PARTNERSHIP,**

Appellee.

On Appeal from Cause No. 15-DCV-221725
In the 268th Judicial District Court of Fort Bend County, Texas

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF OF APPELLANT

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure, Appellant W. A. "Andy" Meyers, in his capacity as Fort Bend County Commissioner, files this unopposed motion requesting that the deadline for filing the Reply Brief of Appellant be extended thirteen days, to Tuesday, January 12, 2016. In support thereof, Appellant respectfully shows the Court the following:

1. The Reply Brief of Appellant is currently due to be filed with the Court on Wednesday, December 30, 2015. This is the first request for an extension of the deadline for the filing of that brief.

2. Appellant requests that the deadline for the filing of the reply brief be extended thirteen days, to January 12, 2016.

3. Since the filing of the Brief of Appellee, it has been necessary for Appellant's counsel to devote attention to a number of other representations, slowing the work on the reply brief. In particular, the counsel primarily responsible for the drafting of the reply brief also has been working on another brief in Appeal No. 04-15-00074-CV pending before the Fourth Court of Appeals. The deadline for the filing of that brief originally was December 21, 2015, and has recently been extended to January 5, 2016. As a result of these commitments, as well as the intervening holiday, counsel will not be able to complete the preparation of and file the reply brief in this proceeding by December 30, 2015.

4. As this appeal is already at issue, the requested extension of the deadline for the filing of the reply brief will not meaningfully delay the submission and disposition of the appeal.

5. This extension is not sought for purposes of delay, but so that justice may be done. Granting the requested extension will ensure that the factual and

legal issues underlying this appeal are well briefed without creating an excessive delay in the submission of the case.

6.     The undersigned counsel has conferred with counsel for Appellee regarding this motion.  Counsel confirmed that the Appellee is not opposed to the relief being sought.

Accordingly, W. A. "Andy" Meyers, in his capacity as Fort Bend County Commissioner, respectfully prays that the Court grant this motion, extend the deadline for the filing of the Reply Brief of Appellant to January 12, 2016, and grant him such other and further relief to which he may be justly entitled.

Respectfully submitted,

By: /s/ J. Mark Breeding

J. Mark Breeding
State Bar No. 02942500
Frederick D. Junkin
State Bar No. 11058030
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, Texas 77002
(713) 220-4200
(713) 220-4285 (Fax)
markbreeding@andrewskurth.com
fredjunkin@andrewskurth.com

Roy L. Cordes, Jr.
State Bar No. 04821000
Fort Bend County Attorney
Marcus D. Spencer
First Assistant County Attorney
State Bar No. 24033091
Salvatore P. LoPiccolo, II
Assistant County Attorney
State Bar No. 12571000
Randall W. Morse
First Assistant County Attorney
State Bar No. 14549700
William H. Vidor
Assistant County Attorney
State Bar No. 20579200
401 Jackson Street, 3rd Floor
Richmond, Texas 77469
(281) 341-4555
(281) 341-4557 (Fax)
Roy.Cordes@fortbendcountytx.gov
Marcus.Spencer@fortbendcountytx.gov
Sal.LoPiccolo@fortbendcountytx.gov
Randy.Morse@fortbendcountytx.gov
Bill.Vidor@fortbendcountytx.gov

ATTORNEYS FOR APPELLANT W. A. "ANDY" MEYERS,
IN HIS CAPACITY AS FORT BEND COUNTY COMMISSIONER

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for the Appellee regarding this motion. Counsel confirmed that the Appellee is not opposed to the relief being sought.

/s/ J. Mark Breeding
J. Mark Breeding

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Unopposed Motion for Extension of Time to File Reply Brief of Appellant was forwarded to all counsel of record by electronic service on this 28th day of December, 2015.

/s/ J. Mark Breeding
J. Mark Breeding

## SERVICE LIST

H. Dixon Montague
Don C. Griffin
Vinson & Elkins, LLP
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
dmontague@velaw.com
dgriffin@velaw.com